**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MADELYN TROTTA-HEIM,

                              Plaintiff,                        19 **CIVIL** 8275 (JGK)

        -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                              Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 19, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing and de novo decision in accordance with the Commissioner's rules and regulations.

        **Dated:** New York, New Yor
                 May 22, 2020

                                **RUBY J. KRAJICK**
                               _____
                                Clerk of Court
                   **BY:**
                                  Deputy Clerk