UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MADELYN TROTTA-HEIM.,

                Plaintiff,          19cv8275 (JGK)

      - against -          ORDER

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close all pending motions and to close this case.

SO ORDERED.

Dated:    New York, New York
          June 23, 2020        _____/s/ John G. Koeltl_____
                                John G. Koeltl
                        United States District Judge