UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MADELYN TROTTA-HEIM,

                    Plaintiff,                    19-cv-8275 (JGK)

          - against -                             ORDER

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The Government should respond to the plaintiff's motion for attorneys' fees (ECF No. 21) by **February 11, 2026.** The plaintiff may reply by **February 18, 2026.**


SO ORDERED.

Dated:    New York, New York
          January 28, 2026

                                    _____
                                    John G. Koeltl
                                    United States District Judge