UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MADELYN TROTTA-HEIM,

                          Plaintiff,                    19-cv-8275 (JGK)

          - against -                    ORDER

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

---

JOHN G. KOELTL, District Judge:

The deadline for the Government to respond to the plaintiff's motion for attorneys' fees (ECF No. 21) was **February 11, 2026.** ECF No. 24. No response has been filed. The Government's deadline is therefore extended to **March 4, 2026.** If the Government fails to respond, the Court will decide the plaintiff's motion on the current papers.

SO ORDERED.

Dated:     New York, New York
           February 18, 2026

                                                        _____
                                                            John G. Koeltl
                                                     United States District Judge